✍ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Judge Pauley**

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          : ~~SEALED~~
                                  : NOTICE OF INTENT TO FILE
          - v. -                  : INFORMATION

JUAN CARLOS DE LEON,              : 08 Cr. ____
   a/k/a "Charlie,"
                                    **08 CRIM 314**
- - - - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 8, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney

                          By:     _____
                                  PARVIN MOYNE
                                  Assistant United States Attorney

                                  AGREED AND CONSENTED TO:

                          By:     _____
                                  Attorney for JUAN CARLOS DE LEON

SDNY
[DOCUM]ENT
[ELECTR]ONICALLY FILED
[DATE FIL]ED: APR 08 2008

4/8/08  WHEEL A