*Judge Pauley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :

    - v. -                          :     **WAIVER OF INDICTMENT**

Juan Carlos De Leon,              :     **08 CRIM 314**
a/k/a "Charlie,"
          Defendant.         :

------------------------------------x

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                              _____
                                              Defendant

                                              _____
                                              Witness

                                              _____
                                              Counsel for Defendant

Date:    New York, New York
        Date: 4/8/08



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 8 2008