# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

08 CRIM 314

UNITED STATES OF AMERICA
against

_____

(Alias)  CARLOS DELTON

_____

Please PRINT Clearly

07-MAG
2102
_____
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF

## APPEARANCE

TO:  **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [   ] CJA   2. [ ✓ ] RETAINED   3. [   ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [   ] NO   [   ] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO._____  YR._____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING
FROM THE_____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE
LOCAL RULES  FOR THE SOUTHERN  AND EASTERN DISTRICTS OF NEW YORK.

DATED:  NEW YORK,  NEW YORK

SIGNATURE_____
PRINT THE FOLLOWING INFORMATION CLEARLY

_____
Attorney for Defendant

_____
Firm name if any

_____
Street address

_____
City          State          Zip

_____
Telephone No

CALLY FILED

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186