U.S. Department of Justice

United States Attorney
Southern District of New York

AUG 15 2008

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-08

August 14, 2008

**By Hand**

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

    Re:    **United States v. Juan Carlos De Leon,**
             **08 Cr. 314 (WHP)**

Dear Judge Pauley:

        The conference that had been scheduled before Your Honor for August 13, 2008, was adjourned to September 11, 2008, at 2:30 p.m. The Government writes to respectfully request (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the date of the new conference because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). Specifically, the parties are in extensive negotiations concerning a disposition of this case, and expect to finalize the negotiations over the next few weeks. Should the parties reach a disposition before the new conference date, we will proceed before the Magistrate Court and inform your chambers of the disposition so that a sentencing date may be set.

                                          Respectfully submitted,
                                          MICHAEL J. GARCIA
                                          United States Attorney

                                        By:  Parvin Moyne
                                          Assistant United States Attorney
                                          (212) 637-2510

cc:    Robert Feldman, Esq. *(by e-mail)*

APPLICATION GRANTED.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8-19-08